# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

DATE: November 22, 1999

ILDEFONSO TRAVERSO-CRUZ, et al.

   Plaintiffs

v.

ENRIQUE VAZQUEZ, et al.

   Defendants

CIVIL NO. 97-2211 (DRD)

---

**BY ORDER OF THE COURT**, the Settlement Conference not held on November 17, 1999 due to hurricane "Lenny" is re-scheduled for **December 2, 1999 at 5:30 P.M.** before Honorable Daniel R. Domínguez.

_____
COURTROOM DEPUTY

PARTIES NOTIFIED BY TELEPHONE & MAIL:

Rafael García Rodón, Esq.
Roberto Ruíz Comas, Esq.