## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

DATE: December 2 , 1999

ILDEFONSO TRAVERSO, et al.

    Plaintiffs

v.

DR. ENRIQUE VAZQUEZ, et al.

    Defendants

CIVIL NO. 97-2211 (DRD)

**BY ORDER OF THE COURT**, at request of counsel for defendant Pavia Hospital the Settlement Conference scheduled for today is re-set for **Monday, December 6, 1999 at 5:30 P.M.** before Honorable Daniel R. Domínguez.

*[signature]*
COURTROOM DEPUTY

PARTIES NOTIFIED BY TELEPHONE & MAIL:

Rafael García Rodón, Esq.
Roberto Ruíz Comas, Esq.
Jeannette López de Victoria, Esq.

