UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**          DATE: December 6, 1999

**CIVIL NO. 97-2211 (DRD)**
LAW CLERK: Karen A. Rivera-Turner

================================================================

| | | |
|---|---|---|
| ILDEFONSO TRAVERSO et al. | Attorneys: | Rafael García Rodón |
| Plaintiffs | | |
| v. | | |
| DR. ENRIQUE VAZQUEZ et al. | | Roberto Ruiz Comas; Jinnette |
| Defendants | | López de Victoria; Vanessa Viera |

================================================================

SETTLEMENT CONFERENCE was held today but no settlement was reached.

Co-defendant Hospital Pavía requests an opportunity to bring an expert witness. The Court reminds the parties of the First Circuit's holding in Klonoski v. Mahlab, 156 F.3d 255 (1st Cir. 1998) but Plaintiff concedes to Co-defendant Hospital Pavía's request to be granted an opportunity to retain an expert. The Court, therefore, allows Co-defendant Hospital Pavía's request and grants the hospital **sixty (60) days** to identify expert and submit report in full compliance with Rule 26.

All depositions must be taken between **March and April 2000.** Because the Court is allowing Hospital Pavía's expert to be notified late, **THE COURT WILL DENY ALL MOTIONS FOR EXTENSIONS OF TIME** regarding discovery.

**Pre-trial** is scheduled for **Monday, May 1, 2000 at 5:00 p.m.**

**Trial** will be scheduled for **June, July or August 0f 2000** and the parties are forewarned that the trial will be held by Judge Domínguez or a visiting judge. The Court will notify the specific date for trial.

*[signature]*
LAW CLERK

s/c: Counsel of record
N:\MINUTES\97-2211.MEM