UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**         DATE: May 1, 2000

**CIVIL NO. 97-2211 (DRD)**

COURTROOM DEPUTY:  Janet **GONZALEZ**

===================================================================

IDELFONSO TRAVERSO-CRUZ            <u>Attorneys</u>: Rafael GARCIA-
                                              RODON
    Plaintiffs

    v.

ENRIQUE VAZQUEZ, et al.            Roberto RUIZ-COMAS
    Defendants                 Jeanette LOPEZ DE VICTORIA
===================================================================

PRETRIAL CONFERENCE IS HELD. The parties submit for filing an Amended Joint Pretrial Order; same is approved by the Court.

The parties inform that tomorrow a settlement conference will be held at the local court and there is a strong possibility that settlement will materialize. Nevertheless, the schedules this case for trial.

Hence, jury trial is set for **July 31, 2000 at 9:00 A.M.** Estimated trial length is one week. A Settlement Conference is set for **June 14, 2000 at 5:00 P.M.**

                        _____
                        COURTROOM DEPUTY

s/c: Counsel of record
    Jury Clerk