UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**          DATE: June 14, 2000

**CIVIL NO. 97-2211 (DRD)**
LAW CLERK: Karen A. Rivera-Turner

===============================================================

| | | |
|---|---|---|
| ILDEFONSO TRAVERSO et al. | Attorneys: | Rafael García Rodón |
| Plaintiffs | | |
| v. | | |
| DR. ENRIQUE VAZQUEZ et al. | | Roberto Ruiz Comas; Jinnette |
| Defendants | | López de Victoria |

===============================================================

SETTLEMENT CONFERENCE was held today. Counsel for the parties exchanged settlement demands and offers; the Court provided its evaluation of the case; and counsel for the parties agreed on a reasonable amount subject to the clients' approval. Counsel for all parties must inform the Court by July 17, 2000, whether or not settlement has been reached. If settlement is not reached, trial will be held on August 7, 2000.

*[signature]*
LAW CLERK

s/c: Counsel of record

N:\MINUTES\97-2211B MEM