UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                    DATE: July 27, 2000

**CIVIL NO. 97-2211 (DRD)**
LAW CLERK: Karen A. Rivera-Turner

===================================================================

| ILDEFONSO TRAVERSO et al. | Attorneys: | Rafael García Rodón; Juan Saavedra |
| Plaintiffs | | |
| v. | | |
| DR. ENRIQUE VAZQUEZ et al. | | Roberto Ruiz Comas; Jinnette |
| Defendants | | López de Victoria; Vanessa Viera |

===================================================================

SETTLEMENT CONFERENCE was held today. Defendants made a settlement offer which was refused by Plaintiff. Therefore, because settlement was not reached, trial will be held as previously announced. Notwithstanding, trial shall not begin on the same day as scheduled because the Court is holding a criminal trial in the case of U.S. v. Cacho Bonilla, 97-0145, and that trial shall not end by August 7, 2000. The Court anticipates that trial in the instant case will commence the last week of August or the first week of September of 2000. All parties will receive two (2) weeks notice. All counsel shall make appropriate arrangements to try the case on said dates.

Counsel López de Victoria advises the Court that she will be unavailable from August 28, 2000, to September 5, 2000.

*[signature]*
LAW CLERK

s/c: Counsel of record

N:\MINUTES\97-2211C.MEM