# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

DATE: September 11, 2000

ILDEFONSO TRAVERSO, et al.

    Plaintiffs

v.

DR. ENRIQUE VAZQUEZ, et al.

    Defendant

**CIVIL NO. 97-2211 (DRD)**

BY ORDER OF THE COURT, this case is set for further Settlement Conference on **Wednesday, September 13, 2000 at 4:00 P.M.** before Honorable Daniel R. Domínguez.

                                              Courtroom Deputy

s/c: Rafael García Rodón, Esq.
     Juan Saavedra, Esq.
     Roberto Ruíz Comas, Esq.
     Jeanette López de Victoria, Esq.

(Parties notified by telephone by attorney López de Victoria)