UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**                DATE: September 13, 2000

**CIVIL NO. 97-2211 (DRD)**

COURTROOM DEPUTY:  Janet **GONZALEZ**

===================================================================
IDELFONSO TRAVERSO-CRUZ              <u>Attorneys:</u> Rafael GARCIA-
                                                 RODON
     Plaintiffs

     v.

ENRIQUE VAZQUEZ, et al.              Roberto RUIZ-COMAS
     Defendants                      Jeanette LOPEZ DE VICTORIA
===================================================================

FURTHER SETTLEMENT CONFERENCE IS HELD.  Counsel apprize the Court as to the status of the settlement agreement reached in this case.  The only signature pending is that of defendant Vázquez Quintana.  Plaintiff and the defendant Hospital Pavía have signed their portion of the Agreement, but the Insurance Co. requires that all parties sign the document together.

In light of this situation, the Court schedules **Jury Trial for September 25, 2000 at 9:00 A.M.**

_____
COURTROOM DEPUTY

s/c: Counsel of record
     Jury Clerk