UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ILDEFONSO TRAVERSO, et. al.,

v.                                                          CASE NUMBER: 97-2211 (DRD)

DR. ENRIQUE VAZQUEZ QUINTANA, et. al.

## JUDGMENT

In accordance with the Order of this same date, the Court hereby enters judgment **DISMISSING** this action against all Defendants **WITH PREJUDICE**. Any and all claims against Hospital Pavia by the non-settling Co-defendant, Dr. Enrique Vázquez Quintana for contribution, indemnification and/or "nivelación" are hereby **BARRED**. This Court will retain jurisdiction over this action so as to enforce the terms and conditions of the Confidential Settlement Agreement between Plaintiffs and Co-defendant Hospital Pavia. Said Confidential Settlement Agreement and Release shall remain confidential and sealed until otherwise ordered by the Court. The case against Co-defendant Dr. Enrique Vázquez Quintana is dismissed per voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(2).

**IT IS SO ADJUDGED AND DECREED**.

Date: September 29, 2000                                    DANIEL R. DOMINGUEZ
N:\97-2211 ORD                                              U.S. District Judge